UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

HECTOR COSTE, RONNY CIPRIAN, AND
CHRISTOPHER HUERTAS,

                        Plaintiffs,

-against-

THE CITY OF NEW YORK, DETECTIVE FERNANDO
BONILLA SHEILD #2196, POLICE OFFICER DANIEL
MADDEN, DETECTIVE JAMAL HAIRSTON SHIELD
#203, DETECTIVE WILLIAM GARCIA, DETECTIVE
ANTHONY CHOW SHIELD # 7025, POLICE OFFICER
SHANNON MYERS SHIELD # 3599, POLICE OFFICER
MOHAMMED RIOS SHIELD # 5238, UNIDENTIFIED
POLICE OFFICERS, ONE UNIDENTIFIED SERGEANT,
and ALL OF NARCOTICS BUREAU MANHATTAN
NORTH, all sued in their capacity as individuals,

                        Defendants.
------------------------------------------------------------------x

ORDER TO UNSEAL
CRIMINAL RECORDS

20-cv-10365 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2022

**UPON THE JOINT APPLICATION** of the parties, for the unsealing of records pertaining to the arrests of: (1) Ryan Guzman; and (2) Michel Jeandarcel on December 12, 2017, which, upon information and belief, are sealed and protected from disclosure by New York Criminal Procedural Law §§ 160.50 and/or 160.55;

**WHEREAS** the information sought is material and relevant to the above-captioned civil action currently pending in the Southern District of New York, brought by Plaintiffs and being defended by the Office of Corporation Counsel; and

**WHEREAS** the Court has the inherent authority to unseal these records in connection with this action, see Schomburg v. Bologna, 298 F.R.D. 138, 141 (S.D.N.Y. 2014) ("Federal courts can and commonly do order production of documents sealed under Section 160.50");

**IT IS HEREBY ORDERED** that the records in the possession, custody, or control of the following entities, pertaining to the December 12, 2017 arrests of: (1) Ryan Guzman; and (2) Michel Jeandarcel, are unsealed pursuant to New York Criminal Procedure Law §§ 160.50 and 160.55 and may be made available for use in this civil action: (1) New York City Police Department; (2) New York County District Attorney's Office; (3) Supreme, Criminal, and/or Family Courts of New York County, State of New York; (4) the New York City Department of Correction; and (5) any other documents in the possession of any other agency, investigatory body, or individual relating to the above;

**IT IS FURTHER ORDERED** that the aforementioned records shall be disclosed to Georgia M. Pestana, Corporation Counsel of the City of New York, or her authorized representative; and

**IT IS FURTHER ORDERED** that the aforementioned records shall be deemed confidential and used only for the purposes of prosecuting and defending Plaintiffs' claims in this civil suit.

**SO ORDERED.**

Dated:  28 February, 2021
New York, New York

_/s/ Colleen McMahon_
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE