Fred Lichtmacher
The Law Office of Fred Lichtmacher P.C.
116 West 23rd Street Suite 500
New York, NY 10011
(646) 318 3806
(212) 922-9066
empirestatt@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2023

May 8, 2023

Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
**Via ECF**

OK - adjourned to 5/25/2023 at 11:00 AM

**Coste et al v. City of New York et al**, 20-cv-10365-CM

Your Honor:  **MEMO ENDORSED**   Colleen McMahon   5/8/2023

I represent the plaintiffs in the above-entitled civil rights case. The Court has scheduled a conference for May 11, 2023. However, I must appear in Queens Family Court that date to represent an abused woman. It is a matter, which due to her safety concerns, I cannot adjourn.

I respectfully request an adjournment until May 16. I have spoken with my adversary and he and I are both available that entire day.

Respectfully submitted,

/s/

Fred Lichtmacher

cc:   Felix Octavio De Jesus
      Attorney for defendants