UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Hector Coste, et al.,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2023
```

        Plaintiff(s),        20 Civ. 10365 (CM) (SDA)

  -against-        CALENDAR NOTICE

City of New York, et al.,

        Defendant(s),
-------------------------------------------------------X

    Please take notice that the above captioned matter has been **re-scheduled** for a:

_X_ Pre-trial conference    ___ Status conference    ___ Oral argument
___ Settlement conference    ___ Plea Hearing    (Bankruptcy Appeal)
___ Rule (16) conference    ___ Final pre-trial conference    ___ Fairness Hearing
___ Telephone conference    ___ Jury Selection and Trial    ___ OTSC Hearing
___ Non-Jury Trial    ___ Inquest

**on Thursday, July 6, 2023 at 10:30 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

    Any scheduling difficulties must be brought to the attention of the Court in writing and filed on the Court's ECF (Electronic Case Filing) system.

Dated: June 13, 2023
      New York, New York

                                              So Ordered

                                              Colleen McMahon, U.S.D.J