UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR COSTE,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>CITY OF NEW YORK,<br><br>　　　　　　Defendant. | 20-CV-10365 (CM)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This is the second request for an adjournment, and like the prior request, it is untimely under my individual practices. The parties requested a settlement conference, and when they did so, they asked for an enlargement of time to complete the discovery until 60 days after a settlement conference was held. (ECF 70.) I do not intend to allow the parties to continue to make last-minute requests to adjourn a settlement conference that they themselves requested. As a courtesy, I am granting the application (ECF 74) and adjourning the settlement conference until May 28, 2024 at 2:00 PM, with the associated deadline for ex parte submissions being adjusted accordingly. The parties are cautioned that I will not be willing to reschedule yet again absent a very good reason, and in the future I will not adjust any associated deadlines. To be clear, the parties' ex parte submissions are now due on May 21, 2024, and I expect those submissions to be made at that time, whether or not the settlement conference proceeds on May 28.

DATED: May 15, 2024
　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge