

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**KELLYANNE HOLOHAN**
*Senior Counsel*
Tel.: (212) 356-2249
kholohan@law.nyc.gov

April 4, 2025

**BY ECF**
Honorable Robyn Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Hector Coste et al. v. City of New York, et al.*, 20 CV 10365 (CM)(SDA)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and assigned to the defense in the above referenced matter. I write on behalf of the parties to jointly and respectfully request an adjournment of the conference currently scheduled for April 7, 2025 to a date and time convenient to the Court. *See* Civil Docket Entry No. 82.

    By way of background, plaintiff, along with co-plaintiffs[1] whose claims have already been resolved, Ronny Ciprian and Christopher Huertas, alleges that, on or about December 12, 2017, near 162nd Steet, between Broadway and Fort Washington Avenue, he was stopped and arrested by defendants and charged with Criminal Possession of a Controlled Substance in the Third Degree (P.L. § 220.16), Criminal Sale of a Controlled Substance in the Third Degree (P.L. §220.39), and related charges. *See* Docket Entry No. 1 ¶¶ 29, 35, 44.

    The reason for the instant request is that the undersigned is scheduled to begin trial in front of the Honorable Jennifer L. Rochon in the matter of *Banyan v. Sikorski and Tennariello*, 17-CV-4942 (JLR) on Monday, April 7, 2025. The trial expected to conclude by April 15, 2025. The parties have conferred and are both available April 23, 25, and May 7, 2025 if Your Honor is available.

---

[1] The parties signed the stipulations of settlement as to plaintiffs Ronny Ciprian and Christopher Huertas in 2024 on July 25, 2024 and August 13, 2024, respectively. Hector Coste is the only remaining Plaintiff.

Alternatively, because Mr. Coste already informed the Court he did not want to proceed with his case and because the other two plaintiff's settled, it is respectfully requested that the conference be adjourned *sine die*.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *KellyAnne Holohan*

KellyAnne Holohan
*Senior Counsel*
Special Federal Litigation Division

cc: **By ECF**
*All counsel of record*

2